IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COLTER AARON PRITCHARD | **INFORMATION**<br><br>Case No. _____<br><br>Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and 846; 18 U.S.C. § 2 |

## COUNT ONE

**Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance**

The United States Attorney Charges:

From in or about January 2023 through the date of this Information, in the Districts of North Dakota, Arizona, and elsewhere,

COLTER AARON PRITCHARD

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown, to possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Drug Quantity

The amount involved in this conspiracy attributable to COLTER AARON PRITCHARD, as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish its objects, one or more conspirators committed the following overt acts:

1. It was a part of said conspiracy that one or more conspirators possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, within the states of North Dakota, Arizona, and elsewhere;

2. It was further a part of said conspiracy that one or more conspirators would and did attempt to conceal their activities;

3. It was further a part of said conspiracy that one or more conspirators would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of cocaine;

4. It was further a part of said conspiracy that one or more conspirators would and did use United States currency in their drug transactions;

5. It was further a part of said conspiracy that one or more conspirators possessed firearms during, in relation to, and in furtherance of the conspiracy;

6. It was further a part of said conspiracy that one or more conspirators traveled between the states of North Dakota and Arizona to obtain, transport, and distribute cocaine;

In violation of Title 21, United States Code, Section 846, and Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT TWO

**Possession with Intent to Distribute a Controlled Substance**

The United States Attorney Further Charges:

On or about February 14, 2024, in the District of North Dakota and elsewhere,

COLTER AARON PRITCHARD

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

MAC SCHNEIDER
United States Attorney

MPK/tmg