# Criminal Case Cover Sheet — U.S. District Court

**Place/County of Offense: Cass**

**Related Case Information:**

☒Information   ☐Indictment   ☐Superseding Information   ☐Superseding Indictment

Case Number:

☐ Same Defendant   ☒New Defendant

Complaint Number:

## Defendant Information:
Defendant Name: Colter Aaron Pritchard
Alias Name:
☐ Juvenile - Matter to be sealed
☐ Interpreter requested. Language and/or

## U. S. Attorney Information:
USA/AUSA: Matthew Kopp

## Location Status:
☐ Not Arrested.   Requesting:   ☐Summons   ☐Warrant
☐ Arrested on _____
☐ Pretrial Release as _____ by order _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody in _____
☐ Detainer Filed on _____
☐ Fugitive

## U.S.C. Citations

| U.S. Code | Description of Offense Charged<br>Statutory Maximum Penalties | Counts | Offense Level |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance<br>(Life/10-year man-min/$10,000,000) | 1 | Felony |
| 21 USC 841(a)(1) | Possession with Intent to Distribute a Controlled Substance<br>(Life/10-year man-min/$10,000,000) | 2 | Felony |
| 18 USC § 2 | Aiding and Abetting | 2 | |