**SUZUKI LAW OFFICES**
Attorneys at Law
Sean McNally, Esq. No. 035343
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Pritchard*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Colter Aaron Pritchard,<br><br>            Defendant. | **Case No.: 3:24-cr-00101-PDW-1**<br><br>**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>(*Defendant is Out of Custody*) |

Defendant, Colter Aaron Pritchard, through undersigned counsel, respectfully moves this Court to modify the conditions of his pretrial release to allow him to reside in Arizona for work and remain in Arizona for until needing to return to North Dakota for either Court hearings, or when his work transfers back to North Dakota in approximately April, 2025[1]. Mr. Pritchard remains out of custody pending sentencing, and a motion to continue sentencing is likely to be submitted in the next two weeks. Good cause exists for the requested modification as noted below:

---

[1] Should sentencing happen before April, Mr. Pritchard understands his presence in North Dakota would be required.

1) At the time of his initial appearance, the Court granted Mr. Pritchard the ability to travel to and from Arizona to meet with his attorneys, and for work purposes as Mr. Colter operates a rental property out of Maricopa County, Arizona.

2) Pre-Trial Services / Probation Officer Nick Larson contacted Mr. Pritchard and Defense Counsel and recommended that given the time he would be in Arizona, that the Court issue an order transferring his pre-trial monitoring to the District of Arizona.

3) Assistant United States Attorney, Kopp Matthew, has been contacted and does not object to this motion.

4) Pretrial Services Officer, Nick Larson, defers this motion to the Court.

5) Defendant is aware that all remaining release conditions will remain the same.

RESPECTFULLY SUBMITTED this 11th day of December, 2024.

**SUZUKI LAW OFFICES**

*/s/ Sean McNally*
Sean McNally, Esq.
Attorneys for Defendant *Pritchard*

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Chief Judge Peter D. Welte
United States District Court
ndd_J-Welte@ndd.uscourts.gov

Matthew P. Kopp
United States Attorney's Office
District of North Dakota
matthew.kopp@usdoj.gov

                                            */s/ Sean McNally*
                                            Sean McNally, Esq.
                                            Attorneys for Defendant *Pritchard*