1

2

**SUZUKI LAW OFFICES**
Attorneys at Law
Sean McNally, Esq. No. 035343
2929 E. Camelback Rd. Ste. 224

3

Phoenix, Arizona 85016

4

Phone: (602) 682-5270
Fax: 480-907-1571

5

Attorneys@suzukilawoffices.com

6

Attorneys for Defendant *Pritchard*

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NORTH DAKOTA**

10

11

United States of America,

12

Plaintiff,

13

vs.

14

Colter Aaron Pritchard,

15

Defendant.

)
)
)
)
)
)
)
)
)
)
)

**Case No.: 3:24-cr-00101-PDW-1**

**SECOND MOTION TO CONTINUE SENTENCING**

(*Defendant is Out of Custody*)

16

17

COMES NOW Defendant, Colter Aaron Pritchard, by and through undersigned

18

counsel, moves the Court to issue an order continuing the Sentencing Hearing, presently

19

scheduled for January 10, 2025, at 10:00 a.m. for a period of 60 days.

20

This Motion is necessary for the following reasons:

21

22

1) In preparation for sentencing, Mr. Pritchard is in the process of

23

actively preparing mitigation.

24

25

2) Assistant United States Attorney, Kopp Matthew, has been contacted

26

and does not object to this motion.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

It is therefore respectfully requested that the Sentencing be continued for a period of 60 days.

It is expected that excludable delay under 18 U.S.C. §3161 et seq. may occur because of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 18th day of December, 2024.

SUZUKI LAW OFFICES

*/s/ Sean McNally*
Sean McNally, Esq.
Attorneys for Defendant *Pritchard*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Chief Judge Peter D. Welte
United States District Court
ndd_J-Welte@ndd.uscourts.gov

Matthew P. Kopp
United States Attorney's Office
District of North Dakota
matthew.kopp@usdoj.gov

*/s/ Sean McNally*
Sean McNally, Esq.
Attorneys for Defendant *Pritchard*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28